UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONIA YAMILETH REYES ARAUZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID WELSING, *et al*.,<br><br>Respondents | Civil Action No. 1:26-cv-10316-IT |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Respondent(s).

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: January 28, 2026          By:     */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Julian.Canzoneri@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Julian N. Canzoneri, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 28, 2026          By:     */s/ Julian Canzoneri*
Julian N. Canzoneri
Assistant United States Attorney

2