**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

———————————————————

Sonia Yamileth Reyes Arauz,      )
                                 )
        Petitioner,              )      Case No. 26-cv-10316-IT
                                 )
                                 )
v.                               )
                                 )
                                 )
David WESLING, Field Office Director,   )
TODD LYONS, Acting Director U.S.        )
Immigrations and Customs Enforcement,   )      Agency Number: 098-935-412
and KRISTI NOEM, U.S. Secretary         )
of Homeland Security,                   )
                                 )
        Respondents.             )
                                 )
———————————————————

**Declaration of Sonia Yamileth Reyes Arauz**

I, **Sonia Yamileth Reyes Arauz (098-935-412)**, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge.

1.  My name is Sonia Yamileth Reyes Arauz. I was born in Honduras on April 18, 1978. I am 47 years old.

2.  My earliest memories are from the ages of 5, 6 years old. My most common memories are from when my stepfather hit my mother and when he sexually abused me and my sister during the night. In the morning, my mom scolded him for what he did, and he hit her more. He threatened us, that if we submit a complaint, he will kill us. And every day it was the same and the same. In the afternoons, he arrived from work and would just start punishing us and mistreating us. He lit cigarettes and burned us on our legs and feet. There were days when he locked us in a room and didn't let us leave. He sexually and physically abused us every day.

3.  When I was eight years old, my mom made the first complaint against my stepfather, but the police didn't do anything. My mom made about 4-5 more complaints to the police about his abuse of us, but the police didn't do anything.

4. At around age 13, I left home. When I went to visit my mother, my stepfather always threatened me and told me he was going to lock me up again and do whatever he wanted to me. He said he was going to kill my boyfriend and take me to the mountains and that I would always be his woman. I panicked when he said that. I decided to leave the country, and I came to the United States for protection.

5. I entered the United States for the first time in 2005. After I entered, immigration stopped me and took me to a detention center. There, they asked me if I have family here and I told them that yes, I have an aunt in Boston, MA. The immigration officers asked me for her address and phone number, and I gave them her number. I did not know her address. But the officers called the number that I gave them to retrieve the address.

6. They spoke to my aunt's daughter, my cousin, and told her to buy me a Greyhound bus ticket. I believed that my cousin had given her address to the officers because they processed the documents to release me. The officers left me at the Greyhound bus to come to Boston, MA. The officers told me that they would let me know when my court date was. I asked them, "How will I know about my court date?" And they said, "A letter with your court date will arrive in your mailbox." However, I never received any notice from the court.

7. In around November 2009, I was stopped by police while driving, but the police did not tell me why they had stopped me. They brought us to the police station. Soon after, immigration authorities arrived and apprehended me. I was deported in January 2010, after being detained for around 2 months. I asked if I could speak to someone about my case, and they told me I had no rights to anything. They did not give me a list of lawyers. I did not speak to a judge. I was simply deported.

8. When I returned to Honduras, my stepfather threatened me again. My kids and I were also threatened by gangs, and I eventually decided it was not safe for us in Honduras so came back to the United States.

9. At 16 years old, my son had a stroke. He was in the hospital for about a month. From there, his mental state deteriorated. He has the mental state of around 5-8 years old. He has been diagnosed with schizophrenia and paranoia. It has been difficult to manage his symptoms, and before being detained, I was his main caretaker and he lived with me. I make sure he takes his medication and bring him to his treatment. There are nights that he gets into big states of anxiety and he falls to the floor. He gets scared because he feels someone is attacking him and he enters in panic. When that happens, I have to call the police to take him to the hospital.

10. More recently, a family member of mine was killed in Honduras and I subsequently started receiving death threats. I am terrified to go back to Honduras.

11. On September 9, 2025, I was detained by ICE in Waterbury, Connecticut. They told me I had an order of deportation and that there was nothing I could do to appeal. I was first

brought to Hartford, CT. Then I was transferred to Rhode Island where I was detained for about 10 days. After that, I was transferred again to Cumberland County Jail in Maine.

12. I told ICE that I was afraid to return to Honduras and eventually, I had a reasonable fear interview with an asylum officer. The interview was very difficult. The interpreter was a man, and I did not feel comfortable because I was talking about things from my past, personal things that happened to me. Especially talking about the sexual abuse I suffered as a child was very difficult to discuss with a man. He kept interrupting me and wouldn't let me finish speaking. At first, he said he was going to tell me to pause so he could translate, and then let me continue talking, but in the end, this didn't happen. When the interview was over, I felt nervous remembering everything from my past, and it was very hard sharing what had happened to me. The officer decided I didn't have a reasonable fear of going back to Honduras.

13. After that, I had a hearing with an Immigration Judge, and the Judge overturned the negative fear finding that the asylum officer had made. I was waiting for a hearing to be scheduled, but I never received a hearing notice.

14. In late November, I received a document from ICE in English. I asked another detainee to help me read it and she told me it said something about my history and that I had to remain in detention. This was the only document I received from ICE at Cumberland, aside from the documents with the decision from the asylum officer.

15. In December, I met with a psychologist that my attorney had arranged for me to see. It felt good to talk to her. It felt like I could really share what I was feeling and I had not been able to do that before. I cried a lot. She told me that I had Post Traumatic Stress Disorder. It helped me to hear this because I had never before known that there was a reason for the symptoms I was experiencing, like having nightmares and trouble sleeping. My symptoms had gotten a lot worse since I had been detained. I almost never sleep in detention, and my nightmares have gotten worse. I almost fell off my bed because I was on the top bunk and woke up so startled. She told me I could benefit from medication or therapy. She told me she could help me to find a therapist if they allowed one to enter the facility, but I do not think they would allow this.

16. In around October 2025, I had requested to talk to a psychologist because I was feeling very anxious and having trouble sleeping. I finally saw the psychologist from the jail after talking with the other psychologist in December- only once- and she said that they would prescribe me pills to help, but I never received the pills.

17. The conditions in the Cumberland jail were not great. When I went to the room for a legal call, there were also men detainees there. Once, a man lowered his pants, showed me his boxers and touched his penis. He then signaled me to raise my shirt. This brought back really difficult memories for me and I was really scared. There were no guards to protect me. I felt so much fear and my heart started to pound. I was so scared that I couldn't even talk. I wanted to run from that place. When I finally arrived back to my cell, I was crying.

18. I was detained at Cumberland in the same unit with other women from the United States who had been arrested by police. These were not immigrants. They were there because they had criminal charges. These women often yelled at us (the women in ICE custody) and said they did not want us there. We faced mistreatment both from them and from guards. The guards yelled at us regularly, said bad words to us like "you guys are nothing, fuck you immigrants" and sometimes we had to run in fear back to our cells to avoid them. My heart would be pounding and I would go to my room crying because it reminded me of the way my stepfather insulted to my sister and me. I was afraid they were going to beat me up. One of the guards would come into our cells and throw away food that we had bought with our commissary money for no reason, I think just to punish us. The majority of the guards did not speak Spanish.

19. I lost 10 pounds when I was there because the food was not good and there was not enough. Sometimes we only received bread and jelly for a meal. Sometimes they fed us raw oatmeal and it was not edible. We were often hungry. Whenever we tried to complain, the guards said they couldn't do anything.

20. When I entered the Cumberland Jail, I was given two thick sheets, and I had those for 2 months without washing them. However, after 2 months, a guard came and threw all the sheets and towels of the ICE detainees down to the ground from the second floor. He said we could not have those anymore, only the other women could have them, and left us without sheets. When I tried to ask why he was doing that, he said a lot of ugly words to and insulted me. He told me to go back inside my cell. Later, the woman from the laundry gave us one thin sheet. It was very cold at night. We requested additional sheets and sometimes they gave us one more. However, every time they came to search the cell, they would take the sheets back, so we only had one. At night, I would shiver all night and I felt horrible. I cried because the cold wouldn't leave. Also, they gave us used underwear and bras, none of the clothes were new. Some of the underwear was dirty when we received it. All the clothes they gave me were too big. It was all size XL. There they did not give us coats, we had to buy coats from commissary with our own money.

21. Also, the shoes that they gave me at Cumberland were too big for my feet and even though I requested a smaller size, they did not give me shoes that fit. In the first week of January 2026, I tripped because my shoes were too big and fell on the stairs on my way up to my cell. I fell on the right side of my head and my arm was bleeding. My knee was also injured and my leg turned purple. I was in so much pain. A nurse came to see me after about 20 minutes and told me to stay where I was. She told me a doctor would come. I requested pain medication and she told me she would prescribe Tylenol, but I had already been receiving Tylenol for my arthritis. I waited there for an hour, but a doctor never came. Later, a guard told me to return to my cell. It was hard to walk, and I was in so much pain.

22. The medical staff never came back to check on me. After 4 days, I submitted a request to see a doctor to see if they could check me because my arm hurt when I raised it and I had severe pain in my ear. I took the Tylenol that I had already been receiving to try to control the pain. I was never examined by a doctor and the nurse also never returned to examine

me. This made me feel like I wasn't worth anything. I felt despised, like I did not matter at all.

23. The bathrooms there were very dirty. There were times when we tried to find napkins to stand on while we showered because it was so dirty.

24. On January 22, 2026, I returned from working in the kitchen around 6:30pm and a woman told me that they are taking out all the women detained by ICE from the facility. I went to check my commissary and it said that ICE had reimbursed the money. This was an indication that we would be moved soon. I called my family and my attorney to tell them. I felt panicked because I didn't know where we were going to go.

25. Soon after, about 10 Sheriffs came in and started yelling at us, saying they didn't want us there anymore. We asked if we could take our belongings and they told us to grab our things and that we had 10 minutes to be out of there. They said they needed us out and told us to hurry, hurry, get out of here. They were yelling at us terribly.

26. We were 23 women total who had been in the jail from ICE. They gave us our clothes back and when we got outside, ICE was waiting for us. They put handcuffs on our wrists and feet and chains around our waists. The handcuffs were very tight and it hurt. It pinched my wrist and it still hurts me now. I still have marks on my wrists. They loaded us into vans. In the van, they put the heat on very high and one of the women fainted because it was so hot and we were so scared. We yelled at the officials to stop driving because a woman fainted, but they did not respond and did not stop driving. They didn't give us water or anything.

27. We arrived to Burlington, Massachusetts around 10:30pm. We all got out of the van and then they put the woman who had fainted in a wheelchair. Inside the building, there were 3 rooms full of men. There was one room of women. When we got there, the room for women was already really full. It was like a cell. There were in my estimation around 75 women inside and it was too much. This was a small space. There were a couple of cement benches around the cell but there was not even enough space for us to sit down. we had to take turns sitting. They had about 10 mattresses on the floor, but the people who were there before were on them. There was not enough room for us to all lie on the floor at night. We had to sit or stand through the night.

28. There was only one exposed toilet in the room, and it was just there out in the open. There was a camera there near the toilet and I think everyone could see you when you used it. At first when we arrived, the toilet still worked, but later, the water overflowed and we couldn't use it. There was a terrible smell and we were all crammed around it.

29. The room was extremely hot inside. People were suffocating because of the heat. The ICE officials would not open the door because they said there was an order that the door had to be closed. The first woman who fainted had epilepsy. We yelled to the official that she has epilepsy and please help, but the official just said, "I don't care" and "she's ok". We started to knock on the doors and windows, yelling and pleading for the ICE officials

to open the door. Another two women fainted and finally, after 4 minutes, they took the women who fainted out of the room.

30. Then they closed the door again. It was so hot. We asked if they could just leave the door open. We told the ICE officers that we are suffocating, and an official said to us in Spanish "no, it doesn't matter, we are just doing our job, and we can't open the door." The ICE officials told us that if we didn't shut up, we were going to have serious problems. They treated us like animals.

31. In total, 7 women in our holding cell fainted that night from the heat and stress of us all being packed into a tiny space where there wasn't even room for everyone to sit down or to breathe. I later found out that three people in the cell were taken to the hospital. I did not sleep all night. It would have been impossible to sleep because of the horrible heat, the smell, and because I had stand for most of the night. The bright lights were on all night. I was shocked at how terribly we were treated. I did not imagine anything like this in the United States.

32. The officials took us out of the cell at around 9 in the morning. We said we were hungry and all they gave us was a bottle of water.

33. Next, they put us back in the chains on our wrists, waists and ankles. The handcuffs were once again very tight, and I told an official that it was hurting me. He just said, "I don't care." There were women who were crying. Everyone was requesting to call their lawyers and their family, but the ICE officials told us that we did not have the right to talk with our lawyers.

34. They loaded us on to a bus in chains and we were waiting on the bus in Burlington for about 2 hours. Once again, they put the heat on very high, and it was so hot. It was difficult to breathe. Then, we drove to the airport where we had to wait on the bus for another hour and a half, still with the heat on high. They finally loaded us on to the plane, still chained at our wrists, waist and feet. That whole time, we were never allowed to use the bathroom. We waited on the plane another hour until it finally took off. We were still in our chains on the plane, and they still did not let us use the bathroom once we were in the air. We were desperate to use the bathroom. We were terrified because we didn't know where we were going. We were hungry because we were given nothing to eat.

35. On the plane, we were still wearing handcuffs and chains. We didn't know where we were being flown to. We didn't know if we were being deported or would ever see our families again. People requested to use the bathroom and the ICE officials on the plane did not let them. One woman who had been with me at Cumberland had a lot of health concerns could not hold it in and peed on herself on the plane. Another woman that had been with me at Cumberland started vomiting a lot and asked the ICE officials for a bag, but they did not give her one. She asked the ICE officials to please take off the chains because she was very sick but they said no. Eventually, she started vomiting blood. After a lot of time passed, they finally agreed to take off the chains, but she looked really bad.

36. I felt awful on the plane. I had to use the bathroom very badly and I couldn't take it. I was really stressed. After being in the air for about 3 hours, they finally let us use the bathroom.

37. When we arrived in Louisiana and I got off the plane, I started vomiting. I hadn't eaten so I was vomiting yellow water. The officials didn't ask me if I was ok or anything. They brought us to a room in the airport and we were kept there for about 4 hours. At that point, the only food they had given us all day was water and one apple. On the plane, some people got a bag that also had chips in it, but I did not get that.

38. One of the women I was with started screaming that we were hungry and finally, an official brought us some bread and potato chips while we were waiting. Around 10 or 11 at night, they took us out of the airport and loaded us on a bus. The bus crashed into a pole on the way out of the airport and the sideview mirror fell off. The bus kept driving without the mirror.

39. I arrived to the South Louisiana ICE Processing Facility. The conditions here are also very difficult and bad. When we arrived late at night, around 1 in the morning, they did not have a place for us to sleep. They gave us a bottle of water and took our bags that we had. We waited for them to call us in because they were going to ask us questions. We waited and waited but they didn't call us. It was full of women so in the end, we went into the shower and laid down on the floor. We laid there on the ground until about 5 in the morning. I wasn't able to sleep again.

40. Eventually, they took us out from there around noon. We still hadn't received any food. Finally at noon, we were given food. In the cells, they have the heat on very high and even though we ask them to lower it, they do not. It is stifling in our cells and it is hard to sleep because it is so hot.

41. There is not running water all the time, so there are times when we are not allowed to use the bathrooms or shower. They turn the water off sometimes at 3:00pm, sometimes at 6:00pm and it stays off until around 3am the next day. Sometimes, the toilets in the cells overflow and no one comes to fix them. So we try to fix them ourselves. When the toilets overflow, there is a horrible smell. Even though we desperately have to use the bathroom we are told we cannot when the water is off. People still pee in the toilets and they fill with pee. I have felt sick from the stress of needing to use the bathroom when I haven't been able to.

42. Additionally, since arriving, I have not gotten any medication that I was taking before. I was taking Tylenol and some medication for my eyes. I had a surgery on my eye in the past and I need to use this medication, or my eye will get too dry. I made a request here to receive medication, but so far, I have not received any. My head and ear have been in a lot of pain since I fell in Cumberland but was not allowed to see a doctor, and now I do not have any pain medication to manage the pain. I am also very concerned about my eye because if I go too long without my medication, my eye becomes red and very itchy. I

am afraid my eye could become very inflamed.

43. The water that comes out of the faucet is dirty. Often, it comes out of the faucet brown. Some days, they give us three bottles of water to drink per day, but some days they only give us one. On those days we are forced to either not drink water or drink the dirty water from the faucet.

44. Here, we are forced to shower with other women naked and I am so embarrassed. I feel very bad and anxious when this happens. The shower is very dirty.

45. I have been having more nightmares and I enter into a panic. To control my emotions, I have been biting my nails terribly. I get a lot of anxiety, especially when I have been around the male guards. I am very nervous and scared all the time. I am very worried to be so far from my family. This has made me very anxious and sad. It has been terrible.

46. I do not know if it is possible, but I wish with all my heart that I could be released so that I can go back to my family and children in Connecticut. If I am released, I promise to appear at all future immigration court proceedings and will notify the court of any change of my address. I know that I will have my attorney who is also in Connecticut to support me and help me through my immigration process. I am committed to pursuing my claim for protection in the Immigration Court. I wish deeply to be able to return to all of my children, but especially my son with schizophrenia so I can protect him and care for him again.

Sonia Yamileth Reyes Araúz

Date: 1/30/2026

**Certificate of Interpretation**

I, <u>Rachel Lerman</u>, hereby certify that I am fluent in the English and Spanish languages, and that I orally translated the above affidavit to <u>Sonia Yamileth Reyes Arauz</u> into Spanish, and that she confirmed the accuracy of its contents before signing.

_____

<u>1/30/2026</u>
Date

## **Certificate of Service**

I hereby certify that I caused the foregoing Declaration of Sonia Yamileth Reyes Arauz to be served on Respondents' counsel on this 30th day of January, 2026 via the CM/ECF platform.


*/s/ Irene C. Freidel*
Irene C. Freidel