UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SONIA YAMILETH REYES ARAUZ,

Petitioner,

v.

DAVID WESLING, *et al.*,

Respondents.

No. 1:26-cv-10316-IT

**RESPONSE TO COURT ORDER (Doc. No. 15)**

In response to the Court's Order (Doc. No. 15), Respondents respectfully submit the attached declaration addressing "whether a custody review interview has taken place and, if so, on what date, whether ICE subsequently made a custody review determination, and whether such a determination was sent to Petitioner's counsel." Doc. No. 15.

The declaration sets forth that "[o]n or about October 28, 2025, an ICE officer served Petitioner with a Notice to Alien of File Custody Review, indicating that Petitioner's custody status would be reviewed on or about November 28, 2025." Ex. 1, Krzyzek Decl. (Feb. 20, 2026), ¶ 6. ICE's "normal practice is to serve" the noncitizen's "attorney, but there is no record whether it was done in this case."[1]

"On or about December 2, 2025, an ICE officer served Petitioner with a 90-day Decision to Continue Detention, finding that Petitioner poses a danger to the community, to the safety of other persons, or to property, that Petitioner poses a significant risk of flight pending her removal from the United States, and that ICE is in receipt of or expects to receive the necessary travel

---

[1] Accordingly, Respondents do not intend to file a surreply. ICE also informs undersigned counsel that Petitioner was released from ICE custody today.

documents to effectuate removal." *Id*. ¶ 7.  "[T]here is no record whether" ICE served

Petitioner's attorney with the Decision to Continue Detention "in this case."  *Id*. ¶ 7.

ICE did not interview Petitioner for purposes of this 90-day custody review,[2] but

Petitioner "requested a personal interview in the Spanish language" upon service of the Decision

to Continue Detention, and ICE would "intend[] to conduct the personal interview prior to the

issuance of" any 180-day post order custody review decision.  *Id*. at ¶¶ 7–8.


Dated: February 20, 2026                        Respectfully submitted,

                                                LEAH B. FOLEY
                                                United States Attorney

                                        By:     */s/ Julian N. Canzoneri*
                                                Julian N. Canzoneri
                                                Assistant U.S. Attorney
                                                U.S. Attorney's Office
                                                John Joseph Moakley U.S. Courthouse
                                                One Courthouse Way, Suite 9200
                                                Boston, Massachusetts 02210
                                                (617) 748-3170
                                                julian.canzoneri@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of
record by means of the Court's Electronic Case Filing system on February 20, 2026.

                                                */s/ Julian N. Canzoneri*
                                                Julian N. Canzoneri
                                                Assistant U.S. Attorney

---

[2] *See* 8 C.F.R. § 241.4(h)(1) (reflecting that ICE has discretion whether to conduct an
interview as part of the "initial post-order custody review").