**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Sonia Yamileth Reyes Arauz, <br><br> Petitioner, <br><br> v. <br><br> David Wesling <br> Acting Boston Field Office Director, U.S. <br> Immigrations and Customs Enforcement, et al, <br><br> Respondents. | Civil Action No. 1:26-cv-10316-IT |

**DECLARATION OF**
**SUPERVISORY DETENTION AND DEPORTATION OFFICER ADAM KRZYZEK**

Pursuant to the authority of 28 U.S.C. § 1746, I, Adam Krzyzek, Supervisory Detention and Deportation Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am employed by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as a Supervisory Detention and Deportation Officer ("SDDO") located in Burlington, Massachusetts. I have held this position since August 2025, and I have been employed by ICE since April 2020.

2. As Supervisory Detention and Deportation Officer, my official duties include overseeing the management, monitoring, scheduling, and execution of removal orders for noncitizens in ICE custody whose cases involve federal litigation. This entails ensuring compliance

1

with court orders, legal mandates, and applicable policies while coordinating with agency counsel and the Department of Justice to address litigation-related requirements.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on noncitizens. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, not limited to, but including the Enforce Alien Removal Module ("EARM"). EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any. While preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of Sonia Yamileth Reyes Arauz ("Petitioner").

4. Petitioner is currently housed at the South Louisiana ICE Processing Center in Basile, Louisiana.

5. ICE is tracking Petitioner's case for post-order custody reviews ("POCR") in compliance with the regulations.

6. On or about October 28, 2025, an ICE officer served Petitioner with a Notice to Alien of File Custody Review, indicating that Petitioner's custody status would be reviewed on or about November 28, 2025. ERO's normal practice is to serve the attorney, but there is no record whether it was done in this case.

7. On or about December 2, 2025, an ICE officer served Petitioner with a 90-day Decision to Continue Detention, finding that Petitioner poses a danger to the community, to the safety of other persons, or to property, that Petitioner poses a significant risk of flight pending her removal from the United States, and that ICE is in receipt of or expects to

receive the necessary travel documents to effectuate removal. At the time of service of the Decision to Continue Detention, Petitioner indicated on the form that she requested a personal interview in the Spanish language, and that she will be assisted by a representative of her choosing at the personal interview.  ERO's normal practice is to serve the attorney, but there is no record whether it was done in this case.

8. ICE is tracking Petitioner's case for the 180-day POCR and intends to conduct the personal interview prior to the issuance of the 180-day POCR decision.

9. Petitioner remains in withholding-only proceedings, and the next hearing is scheduled for March 2, 2026, at 2PM CST in the Oakdale Immigration Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on the 19th of February 2026.

ADAM J KRZYZEK

Digitally signed by ADAM J KRZYZEK
Date: 2026.02.20 12:28:12 -05'00'

Adam Krzyzek
Supervisory Deportation and Detention Officer
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts