**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Sonia Yamileth Reyes Arauz, )<br><br>        Petitioner, )<br>v. )<br><br>David WESLING, et al., )<br><br>        Respondents. ) | Case No. 26-cv-10316-IT |

**NOTICE OF WITHDRAWAL OF MOTION FOR**
**TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

Petitioner Sonia Yamileth Reyes Arauz ("Petitioner") respectfully notifies the Court of

the withdrawal of her Motion for Temporary Restraining Order (ECF No. 14) without prejudice.

The Motion, filed on February 13, 2026, requested that the Court order Petitioner released from

custody pending adjudication of the Petition. On February 20, 2026 (ECF No. 17), apart from

Petitioner's Motion, the Court ordered Petitioner released from custody temporarily pending the

Court's adjudication of the Petition. Accordingly, Petitioner's Motion is currently moot.

Petitioner reserves the right to refile the Motion if necessitated by changed circumstances.

Respectfully submitted,

SONIA YAMILETH REYES ARAUZ

By her counsel,

*/s/ Irene C. Freidel*
Irene C. Freidel
BBO# 559051
Political Asylum/Immigration
Representation (PAIR) Project
98 N. Washington Street, Suite 106
Boston, MA 02114
ifreidel@pairproject.org
(617) 420-3195

Rachel Amelia Lerman
*Pro Hac Vice to be filed*
AZ State Bar No. 036137
Medical-Legal Partnership Clinic
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 903-1505
rachel.lerman@yale.edu

Dated: February 26, 2026                    *Pro bono counsel for Petitioner*

**<u>Certificate of Service</u>**

I hereby certify that I caused the foregoing Notice to be served on Respondents' counsel on this 26th day of February 2026 via the CM/ECF platform.

*/s/ Irene C. Freidel*
Irene C. Freidel